■ TIMOTHY CULLIPHER, Appellant, v TRAFFIC MARKINGS, INC., Respondent, and MICHAEL E. NILES, II, Appellant. (Appeal No. 2.) [689 NYS2d 878] —Appeals unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.